*In re* Designación de Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía.

*Número:* EN-2003-01        *Resuelto:* 21 de febrero de 2003

## RESOLUCIÓN

En conformidad con la Regla 1 (A)(1) y (A)(2) del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía, 4 L.P.R.A. Ap. XVII–C, recientemente enmendado, se nombran como miembros asociados al Lcdo. Héctor Saldaña Egozcue y a la Lcda. Waleska Delgado Marrero por un término de dos años. Los restantes miembros de la Comisión continuarán en función por los términos que se indican a continuación:

1. Lcdo. Doel Quiñones Núñez
   Presidente, cinco años
2. Lcda. Belén Guerrero Calderón
   Miembro Asociada, cinco años
3. Hon. Carlos V. Dávila
   Miembro Asociado, cinco años
4. Dr. Robert Stolberg
   Miembro Asociado, cinco años
5. Lcdo. José Guillermo Vivas
   Miembro Asociado, cinco años
6. Lcda. Waleska Delgado Marrero
   Miembro Asociada, dos años
7. Lcdo. Héctor Saldaña Egozcue
   Miembro Asociado, dos años

Los nombramientos y términos dispuestos en esta Resolución serán efectivos inmediatamente.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

<div align="center">

*(Fdo.)* Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*